UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
ARMANDO COLON,

                Plaintiff,

v.                                          **ORDER**

ANTHONY J. ANNUCCI, et al.,          17-cv-04445 (PMH)

                Defendants.
---------------------------------------------------------

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. As there has been no activity since the Court extended the time to complete discovery on July 16, 2019, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by May 4, 2020.

Dated: New York, New York  
         April 20, 2020

**SO ORDERED:**

_____  
Philip M. Halpern  
United States District Judge