UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
ARMANDO COLON,

                Plaintiff,

v.                                        **ORDER**

ANTHONY J. ANNUCCI, et al.,            17-cv-04445 (PMH)

                Defendants.
--------------------------------------------------------

PHILIP M. HALPERN, United States District Judge:

      The Court has been advised by counsel for defendant Burnett that the parties believed discovery was complete subject to plaintiff's counsel's review of his files (Doc. 87). The Court subsequently ordered plaintiff's counsel to submit a status letter responding to defendant's letter and setting forth plaintiff's position by 6/29/2020 (Doc. 88). Plaintiff's counsel failed to do so. Accordingly, a case management conference has been scheduled for 7/23/2020 at 11:30 a.m. to be held via telephone. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

Dated: New York, New York          **SO ORDERED:**
       July 1, 2020

                                                                    Philip M. Halpern
                                                                    United States District Judge