UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARMANDO COLON,

                        Plaintiff,                    17 **CIVIL** 4445 (PMH)

     -against-                           **JUDGMENT**

ANTHONY J. ANNUCCI, et al.,

                      Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 24, 2021, the motion for summary judgment is GRANTED and the complaint against Defendant is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
         August 24, 2021

                                                                                 **RUBY J. KRAJICK**

                                                                                   **Clerk of Court**
                                               **BY:**

                                                                                   **Deputy Clerk**